| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shawn Jeffery Langhover II** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0235 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Megan Diane Langhover** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1724 <br> EIN  _ _–_ _ _ _ _ _ _ |
| | | Date Notice Issued: **1/9/19** |
| United States Bankruptcy Court  **District of Kansas** | | |
| Case number/Judge:  **18–11943 / Robert E. Nugent** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shawn Jeffery Langhover II

Megan Diane Langhover
fka Megan Diane Sanders

1/9/19

**By the court:**  Robert E. Nugent
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 18-11943-REN
Shawn Jeffery Langhover, II                                         Chapter 7
Megan Diane Langhover
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-6          User: annette            Page 1 of 2             Date Rcvd: Jan 09, 2019
                              Form ID: 318             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
```
cr             +Skyward Credit Union,   Klenda Austerman LLC,   c/o Chasity M. Helm,   301 N. Main, Ste 1600,
                 Wichita, KS 67202-4888
9090206        +Account Recovery Specialists/ARSI,   Attn: Bankruptcy,   200 West Wyatt Earp,
                 Dodge City KS 67801-4448
9090209        +Allied Interstate Llc,   Attn: Bankruptcy Department,   7525 W. Campus Road,
                 New Albany OH 43054-1121
9090210        +Autofin Corp,   Po Box 629,   Winfield KS 67156-0629
9090211       ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   Po Box 5010,
                 Woodland Hills CA 91365)
9090208       ++CARBANC AUTO SALES INC,   1920 S SENECA,   WICHITA KS 67213-4123
                 (address filed with court: Air Cap Fin,   P O Box 781719,   Wichita KS 67278)
9095857        +Carbanc Auto Sales,   1920 S Seneca,   Wichita KS 67213-4123
9090214        +Credit King,   3205 S. Broadway,   Wichita KS 67216-1023
9090217        +Eric Main,   1003 E 13th Ave,   Hutchinson KS 67501-6123
9090218        +Gaf,   4611 South Broadway,   Wichita KS 67216-1737
9090219        +Inbox Loans,   PO Box 881,   Santa Rosa CA 95402-0881
9090220        +Kansas Counselors, Inc,   Attn: Bankruptcy,   Po Box 14765,   Shawnee Mission KS 66285-4765
9090222        +Phoenix Financial Services. Llc,   Po Box 361450,   Indianapolis IN 46236-1450
9138336        +Skyward Credit Union,   co Chasity M Helm,   Klenda Austerman LLC,   301 N Main Ste 1600,
                 Wichita KS 67202-4888
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: sjrshocks@gmail.com Jan 09 2019 21:53:58      Shawn Jeffery Langhover, II,
                 1308 E 55th St South,   Wichita, KS 67216-4005
jdb            +E-mail/PDF: racingurl28@hotmail.com Jan 09 2019 21:53:58      Megan Diane Langhover,
                 1308 E 55th St South,   Wichita, KS 67216-4005
9090205        +E-mail/Text: seinhorn@ars-llc.biz Jan 09 2019 21:55:22      Ability Recovery Service,
                 Attn: Bankruptcy,   Po Box 4262,   Scranton PA 18505-6262
9090207        +E-mail/Text: chris@aqcks.com Jan 09 2019 21:54:52      Advantedge,   1238 E Douglas,
                 Wichita KS 67214-3955
9090212        +E-mail/Text: bkcynotice@gpcu.org Jan 09 2019 21:55:08      Central Star Cu,   1714 E Kansas Ave,
                 Garden City KS 67846-6235
9090213        +E-mail/Text: jvanzandt@wichita.gov Jan 09 2019 21:54:27      City of Wichita,   455 N. Main,
                 Wichita KS 67202-1600
9090215        +EDI: RCSFNBMARIN.COM Jan 10 2019 02:53:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas NV 89193-8873
9090216        +E-mail/Text: bknotice@ercbpo.com Jan 09 2019 21:54:54      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville FL 32256-7412
9090221        +EDI: PARALONMEDCREDT Jan 10 2019 02:53:00      Medicredit Inc.,   Po Box 1629,
                 Maryland Heights MO 63043-0629
9090223        +E-mail/Text: cstockstill@skywardcu.com Jan 09 2019 21:55:07      Skyward Credit Union,
                 Pob 7704,   Wichita KS 67277-7704
9090224        +E-mail/Text: bankruptcy@speedyinc.com Jan 09 2019 21:54:36      Speedycash,   PO Box 780408,
                 Wichita KS 67278-0408
9090225        +EDI: ECMC.COM Jan 10 2019 02:53:00      U.S. Department of Education,   Ecmc/Bankruptcy,
                 Po Box 16408,   Saint Paul MN 55116-0408
9090226        +E-mail/Text: bkcompliance@westarenergy.com Jan 09 2019 21:54:46      Westar Energy,   PO Box 889,
                 Topeka KS 66601-0889
                                                                                               TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:

```
          Chasity M. Helm    on behalf of Creditor    Skyward Credit Union chelm@klendalaw.com
          Darcy D Williamson    trustee@ddwlaw.kscoxmail.com,   ks07@ecfcbis.com
          James T. McIntyre    on behalf of Joint Debtor Megan Diane Langhover jmcintyrelaw@gmail.com
          James T. McIntyre    on behalf of Debtor Shawn Jeffery Langhover, II jmcintyrelaw@gmail.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                     TOTAL: 5
```